CATHERINE McGOVERN as Administratrix, etc., Respondent, *v.*
The CENTRAL VERMONT RAILROAD COMPANY, Appellant.

(Argued January 26, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made May 21, 1891, which affirmed a judgment in favor of
plaintiff entered upon a verdict and affirmed an order denying
a motion for a new trial.

*Louis Hasbrouck* for appellant.

*C. A. Kellogg* for respondent.

Agree to affirm ; no opinion.
All concur, except PECKHAM, J., dissenting.
Judgment affirmed.

---

AMY L. TOMPKINS, as Administratrix, etc., Respondent, *v.* THE
CITY OF OSWEGO, Appellant.

(Argued January 26, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made July 7, 1891, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and affirmed an order denying
a motion for a new trial.

*Thomas H. King* for appellant.

*D. P. Lester* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.